**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| NETWORK-1 SECURITY SOLUTIONS INC. § § | |
| Plaintiff § | |
| v. § | Civil Action No.: 6:05-cv-00291-LED |
| § | (Jury) |
| D-LINK CORPORATION AND D-LINK SYSTEMS, INC. § § | |
| Defendants § | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate Settlement Agreement, the Plaintiff, Network-1 Security Solutions Inc. ("Network-1"), and Defendants, D-Link Corporation and D-Link Systems, Inc. ("D-Link Parties"), have agreed to settle and compromise all claims and counterclaims in the above-captioned action. The parties, therefore, move this Court to dismiss the above-entitled cause and all claims by Network-1 against D-Link Parties and all counterclaims by D-Link Parties against Network-1 asserted therein with prejudice; provided, however, that D-Link Parties expressly reserve the right in any future litigation regarding U.S. Patent No. 6,218,930, in which the D-Link Parties are defendants or have been joined as a party (in either case, other than through D-Link Parties' own voluntary actions to become such parties), to assert any non-infringement and/or invalidity counterclaims and/or any other counterclaims or defenses related to such action.

The parties further move the Court to order that all costs and expenses relating to this litigation shall be borne by the party incurring same, and that all rights of appeal are waived.

A proposed Order accompanies this motion.

AGREED:

| | |
|---|---|
| /s/ Douglas R. McSwane, Jr. | /s/ Trey Yarbrough |
| Douglas R. McSwane, Jr. | Trey Yarbrough |
| Texas Bar No. 13861300 | Texas Bar No. 22133500 |
| dougmcswane@potterfirm.com | trey@yarbroughlawfirm.com |
| POTTER MINTON, P.C. | YARBROUGH LAW FIRM |
| 500 Plaza Tower | 100 E. Ferguson St., Ste. 1015 |
| Tyler, Texas 75702 | Tyler, Texas 75702 |
| Phone: (903) 597-8311 | Phone: (903) 595-3111 |
| Fax: (903) 593-0846 | Fax: (903) 595-0191 |
| | |
| H. Keeto Sabharwal | John P. Bovich |
| BLANK ROME LLP | REED SMITH LLP |
| 600 New Hampshire Ave., N.W. | Two Embarcadero Centers, Suite 2000 |
| Washington, DC 20037 | San Francisco, CA 94111 |
| sabharwal@blankrome.com | jbovich@reedsmith.com |
| Phone: (202) 772-5800 | Phone: (415) 543-8700 |
| Fax: (202) 772-5858 | Fax: (415) 391-8260 |
| | |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANTS |