**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **NETWORK-1 SECURITY SOLUTIONS INC.** | § | |
| | § | |
| **Plaintiff** | § | |
| **v.** | § | **Civil Action No.: 6:05-cv-00291-LED** |
| | § | **(Jury)** |
| **D-LINK CORPORATION AND D-LINK SYSTEMS, INC.** | § | |
| | § | |
| **Defendants** | § | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate Settlement Agreement, the Plaintiff, Network-1 Security Solutions Inc. ("Network-1"), and Defendants, D-Link Corporation and D-Link Systems, Inc. ("D-Link Parties"), have agreed to settle and compromise all claims and counterclaims in the above-captioned action.  The parties, therefore, move this Court to dismiss the above-entitled cause and all claims by Network-1 against D-Link Parties and all counterclaims by D-Link Parties against Network-1 asserted therein with prejudice; provided, however, that D-Link Parties expressly reserve the right in any future litigation regarding U.S. Patent No. 6,218,930, in which the D-Link Parties are defendants or have been joined as a party (in either case, other than through D-Link Parties' own voluntary actions to become such parties), to assert any non-infringement and/or invalidity counterclaims and/or any other counterclaims or defenses related to such action.

The parties further move the Court to order that all costs and expenses relating to this litigation shall be borne by the party incurring same, and that all rights of appeal are waived.

A proposed Order accompanies this motion.

AGREED:


/s/ Douglas R. McSwane, Jr.
Douglas R. McSwane, Jr.
Texas Bar No. 13861300
dougmcswane@potterfirm.com
POTTER MINTON, P.C.
500 Plaza Tower
Tyler, Texas 75702
Phone: (903) 597-8311
Fax: (903) 593-0846


H. Keeto Sabharwal
BLANK ROME LLP
600 New Hampshire Ave., N.W.
Washington, DC 20037
sabharwal@blankrome.com
Phone: (202) 772-5800
Fax: (202) 772-5858

ATTORNEYS FOR PLAINTIFF

/s/ Trey Yarbrough
Trey Yarbrough
Texas Bar No. 22133500
trey@yarbroughlawfirm.com
YARBROUGH LAW FIRM
100 E. Ferguson St., Ste. 1015
Tyler, Texas 75702
Phone: (903) 595-3111
Fax: (903) 595-0191


John P. Bovich
REED SMITH LLP
Two Embarcadero Centers, Suite 2000
San Francisco, CA 94111
jbovich@reedsmith.com
Phone: (415) 543-8700
Fax: (415) 391-8260

ATTORNEYS FOR DEFENDANTS